IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION


FILED
MAY 20 2021
PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC
BY \_\_AA\_\_ DEP CLK

RUDOLPH BENJAMIN LAVARNE WHITEHURST )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 4:21-CV-76-M
(To be assigned
by the Clerk of
District Court)

vs.

KIMBERLY SMITH ROBB _____ )

THOMAS V WOOLARD, Jr _____ )

_____ )

_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: 2320A Saddleback Drive Winterville NC 28590

_____

_____

_____

Defendant(s)name(s) and address(es), if known: KIMBERLY SMITH ROBB
327 River Bank Ln, Greenville NC 27834-7327 _____

1

THOMAS V WOOLARD, Jr. 89 Lancaster Drive Greenville NC 27834

_____
_____
_____
_____

Jurisdiction in this court is based on: _____
_____
_____
_____
_____

The acts complainted of in this suit concern: Paragraph 1. RE: Rudolph B. Whitehurst, vs. The City of Greenville North Carolina, a municipal Corporation, and Thomas V. Woolard, Jr. Pitt County File No.: 17 CVS 001352 (3C is attached).

Paragraph 2 Paraphrased, according to Chief Mark Holtzman, memo 6E, he expressed his reason not to support 3C, was because, The Pitt County District Attorney's office, informed him that, I Rudolph B Whitehurst, executed an affidavit not to pursue charges in lieu of a Private Settlement. As such, this matter is closed and no further investigation will be conducted, (6E is attached).

Paragraph 3 According to chapter 73 of title 18 of the United States Code Under the Sarbanes-Oxley Act, anyone who knowingly falsifies documents to "impede, obstruct or influence" an investigation shall be fined or face a prison sentence up to 20 years. Dec 29, 2016.

Paragraph 4 Kimberly Smith Robb, did commit paragraph 3. Knowingly she falsified documents that influence the outcome of 3C. My request is that Kimberly S Robb, show/furnish the court and me, a copy of the affidavit referred to in 6E. Signed by Rudolph B. Whitehurst, authorizing the DA's office termination of 3C. Bribery was attempted by the DA's office expressed in (exhibit 6F, is attached).

2


Paragraph 13  Exhibit 8H#1 - Exhibit 8H#2 - Exhibit 8H#3, I Rudolph Benjamin Lavarne Whitehurst, was indicted by DA Kimberly S Robb, for allegedly, Exploit Disable/Elder Trust. (Exhibit 8H#1-#2-#3 is attached).

Paragraph 14  Exhibit 8H#1, CAROL RICHARDSON, outside of marrige daughter. Filed a complain accusing me of stealing money from her father. account. Neither the wife or Mr. CAROL RICHARDSON, was aware of her actions.

Paragraph 15  To end the false accusation, unsupported by facts. I hired an attorney. Then gave him a copy of Exhibit 19S DURABLE POWER OF ATTORNEY, other previous power of attorney over a time expansion of five years. All registered at the Pitt County Court house.

Paragraph 16  Where Kimberly Robb, worked. Also I provided a recorded conversation Esther Richardson, Carol Richardson, wife admitting the true fact. That her husband never accused me of stealing money from him, he accused her. Adding insult to misery.

Paragraph 17  When Exhibit 8H#2 was unanimously Dismissed. Read Exhibit 8H#3. DA Kimberly Robb, ask that I pay money back, for what reason? This CASE was trumped-up, but yet and still it reach Supreme Court. My feet never touch the Court floor.

Paragraph 18  Exhibit 8H#1, led to Exhibit 15O, went VIRAL, also International. My concerned friend text me out of Germany inquiring about Exhibit 15O. Defamation of character will never heal, and is IRREVERSIBLE. My character is assasinated WORLDWIDE.

Paragraph 19  Exhibit 20T, RUDOLPH BENJAMIN LAVARNE WHITEHURST, this is who I am.

Paragraph 20  Exhibit 001 - Exhibit 002, Kimberly Robb, this is who she is. 18 U.S.C. § 1503

Paragraph 21  Exhibit 16P, Mr. T.V. Woolard, this is who He is. 18 U.S.C. § 1503

Thank You Honorable Judge and Clerk' office For Your Attention To This Matter

Signed Rudolph B Whitehurst

Paragraph 7. Sergeant Tim McInerney, of Internal Affairs CASE NARRATIVE Notes. Expressed Mr. Harold Van Stanley, attorney. Mentioned in exhibit 5E. Is in fact the daughter of Harold Van Stanley.

Paragraph 8. HAROLD VAN STANLEY, his daughter along with a friend.

Paragraph 9. The 3 expressed in paragraph 8. Was stoped by road block. Conducted by Craven County Sheriff Department.

Paragraph 10. Detective Woolard, allowed Harold Van Stanley, daughter to drive her father Harold Van Stanley, to meet with him at the Greenville Police Department. Harold Van Stanley, fled the crime scene 5 hours, (Exhibit 5E, is attached).

Paragraph 11. Detective THOMAS V WOOLARD, Jr, did commit paragraph 3.

Paragraph 12. Exhibit 17Q#1 and Exhibit 17Q#2, is in questioning for future references, is attached.

Paragraph 13. Paragraph 11 and Paragraph 12 above underlined, isn't a part of my character witness, fragment of information from sergeant Tim McInerney Internal Affairs Complaint CASE NARRATIVE notes. Expressed in paragraph 5 start.

Paragraph 5 — I Rudolph B Whitehurst, as character witnessed, fragments of information from Sergeant Tim McInerney, Internal Affairs Complaint CASE NARRATIVE, notes. He expressed discovering discrepancies in detective Woolard, GREENVILLE POLICE DEPARTMENT CASE REPORT NARRATIVE CASE No. 2014-00034580 Such as. Paraphrased, Detective Woolard, contacted with Communication advising them to send a Craven County Deputy to 4050 NC Highway 43 Vanceboro NC. Deputies went to the address and made contact with a Mr. Harold Stanley. The Craven County Deputy made contact with Detective Woolard by public and advised him that Mr. Harold Van Stanley was involved in the assault. Mr. Harold Van Stanley arrived at the Greenville Police Department around 2220 hours with his attorney Ms. Woolard.

Paragraph 6 — Detective Woolard, falsified exhibit 5E, as expressed in paragraph 5. I Rudolph B Whitehurst, Character witnessed, Paraphrased fragments of testimony expressed in Sergeant Tim McInerney Complaint CASE NARRATIVE notes. Unlike expressed exhibit 5E, CASE No. 2014-00034580.

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

Paragraph — RE: Internal Affairs Complaint: 2014-00109
I Rudolph B Whitehurst, request the actual complaint NARRATIVE expressed in (8H, is attached).

Paragraph — Request a authentic copy of Detective Thomas V Woolard, Jr GREENVILLE POLICE DEPARTMENT CASE REPORT NARRATIVE CASE No. 2014-00034580 written by him.

3

MAY 21 2021
Date

_Rudolph B Whitehurst_
Signature of Plaintiff

2320 A Saddleback Drive Winterville NC 28590 252-367-5251
Address and Telephone Number of Plaintiff

4