
http://www.piratemedia1.com/news/article_3149caa4-6d53-11e5-af02-3b1d10cdf328.html

# Pitt County District Attorney Kimberly Robb "indicted" by People's Court for racial discrimination

Seth Gulledge
Oct 8, 2015

A crowd of roughly 30 people gathered at the Pitt County Courthouse on Tuesday afternoon to hold a 'public court' indicting Pitt County District Attorney Kimberly Robb, of engaging in a pattern of discrimination.

During the 30-minute event, attendees listened to testimonies from a handful of speakers who accused Robb of acting in a way that showed clear discrimination toward minorities.

They also accused her of interfering with the 2014 election for district court. During that election, Robb fired Faris Dixon, who had just won primaries and was running against Judge Lee Teague. Had Dixon won, he would have been Pitt County's first African American district court judge.

The event was hosted by the Coalition Against Racism of Pitt County, Mothers of the Incarcerated and the NAACP.

Don Cavallini, co-chair of CAR, said the pattern of discrimination affects not just those discriminated against, but also hurts the community as a whole and their trust in the justice system.

"There's an air of intimidation that pervades the relationship between law enforcement and people of color in Pitt County," said Cavalli.

According to literature handed out by organizers at the event, African Americans are disproportionately charged and prosecuted for crimes in Pitt County. The handouts cited statistics gathered by the U.S. census showing that though Pitt County is only 34.8 percent African American in population, they are up to four times as likely to be charged with resisting arrest and three times as likely to be charged with possession of marijuana.

The organizers also pointed to disparity in the sentencing of violent crimes as proof of racial discrimination. They cited past cases such as the 2011 case of Christopher Brauer, a Caucasian student who stabbed and killed Keyonn Parkin, an active-duty soldier, at a party but pleaded guilty to manslaughter and was sentenced to 14 months in prison.

"As exaggerated as this might sound, the kind of money being paid to Pitt County in fines and fees, and the way that people are being arrested, makes Greenville, North Carolina, a small Ferguson, Missouri," said Cavallini. "They're dealing with a powder keg, and Greenville is not unusual, but we'd prefer to change matters and get justice before it explodes like Ferguson did. That's why we're going to Raleigh. That's why we call it the people's grand jury. That's why we're going to have a trial; its symbolic."

Cavallini said the People's Grand Jury will hold a "hearing" for Robb in front the North Carolina Bar Association in Raleigh on Saturday, Nov. 14 beginning at noon.

Exhibit 002