# Bryant Law Offices, PLLC



TERESA DELOATCH BRYANT  
PRINCIPAL

P.O. BOX 34  
GREENVILLE, NC 27835  
308 EVANS ST.  
GREENVILLE, NC 27858  
252-758-8800  
FACSIMILE: 252-689-2032

HOPE FISHER CONNIE  
OF COUNSEL

June 2, 2017

Mr. Rudolph Whitehurst  
2320 A Saddleback Drive  
Winterville, NC 28590

    RE:    *Rudolph B. Whitehurst vs. The City of Greenville North Carolina, a municipal corporation, and Thomas V. Woolard, Jr.*  
            Pitt County File No.: 17 CVS 001352

Dear Mr. Whitehurst:

    Enclosed please find a copy of the receipt for Court fees in the above-referenced matter for your records. Take care.

                      Sincerely,

                      Michelle H. Fraley  
                      Legal Assistant

Enclosure