On 06/02/2014 around 1826 hours, I was dispatched to the Bells' Fork area in reference to a possible stabbed victim. While enroute to the Bell's Folk area Communication advised that the victim was mobile in his Chrysler 300 heading towards S Memorial Drive. Officer Slaughter, Officer Johnson and I started driving towards W Fire Tower Road and S Memorial Drive. Communication was able to make contact with the victim, Mr. Rudolph Benjamin Whitehurst by public service. Communication was able to get Mr. Whitehurst to stop at the McDonald's Restaurant located at 4125 S Memorial Drive. Officer Slaughter and Officer Johnson made contact with Mr. Whitehurst prior to my arrival. Communication advised that Mr. Whitehurst was requesting EMS due to his injuries.

Once on scene I made contact with Mr. Whitehurst. He advised that he was out looking for houses in the Bell's Fork area. Mr. Whitehurst advised that he was traveling east on E Fire Tower Road towards Charles Blvd. He advised that he crossed over Charles Blvd headed towards E 14TH Street. Mr. Whitehurst stated a white male driving a Nissan Altima passed him on the left and then veered back to the right cutting his vehicle off the road. Mr. Whitehurst stated he had to make a right turn onto a side road located on the right side to avoid colliding with the Nissan Altima. He advised that he took time to write the Nissan Altima license plate "LILLY" down on a business card. Mr. Whitehurst advised that he made a u-turn and started back to Fire Tower Road. He stated the male driving the Nissan turned on the side road also as he was approaching the stop sign. Mr. Whitehurst advised that he stopped and exited his vehicle. He also advised that the unknown white male exited his vehicle. Mr. Whitehurst stated he told the male that they were too old men and there no reason for them to act this way. Mr. Whitehurst advised that the male called him a nigga and stated he was going to cut him. Mr. Whitehurst advised that the male cut him so quick that he didn't realize he was cut several times until he saw blood on his shirt. Mr. Whitehurst stated he kicked the male and ran back to his car and left the scene. Mr. Whitehurst stated after he left the scene he called the Greenville Police Department but wasn't sure what direction the suspect took when he left the scene. He advised that he looked to be around sixty or seventy. He stated that the male had dirty blonde hair with a clean shaven face. Mr. Whitehurst also stated the male was about 5'11 to 6'00 feet tall and weighed about 180 pounds. While talking with Mr. Whitehurst, I noticed that he was cut on the right lower chin, right side of his chest, back of his right arm and on the right shoulder blade.

Mr. Whitehurst was transported to Vidant Medical Center for treatment by Greenville EMS. I was able to run the license plate the suspect was driving and the vehicle came back to a Ms. Sue Cox Stanley that resides at 4050 NC Highway 43 Vanceboro NC 28586. After getting the information on the suspect's vehicle I responded to Vidant Medical Center to speak with Mr. Whitehurst and the doctors. Detective Woolard arrived at Vidant Medical Center a short while later and made contact with Mr. Whitehurst. Detective Woolard made contact with Communications and advised them to send a Craven County Deputy to 4050 NC Highway 43 Vanceboro NC to make contact with the owner of the vehicle. Deputies went to the address and made contact with a Mr. Harold Stanley, the driver of the Nissan Altima. The Craven County Deputy made contact with Detective Woolard by public service and advised him that Mr. Harold Van Stanley was involved in the assault. Mr. Stanley was advised to make contact with Detective Woolard and me at the Greenville Police Department in reference to the assault that occurred in Greenville city limits. Mr. Harold Van Stanley arrived at the Greenville Police Department around 2220 hours with his attorney Ms. Woolard. I assisted Detective Woolard in the interview room. Mr. Harold Van Woolard was advised that an AWDWIKISI warrant was taken out on him. Mr. Harold Van Woolard was transported to PCDC where Magistrate K. McCauley issued him a

| REPORTING OFFICER NAME AND ID# | DATE | REVIEWING SUPERVISOR | DATE |
|---|---|---|---|
| Wilder, Ronald, Devone, | 06/02/2014 | Liverman, Curtis | 6/3/2014 |

**NARRATIVE**

On Monday 06/02/2014 on or about 1826 hours, I was completing my shift with the Field Operations Bureau. I was dressed in the standard Greenville Police Department uniform of the day and operating a marked 2009 Ford Crown Victoria. I along with other Greenville Police Officers were en route to the area of Dickinson Avenue and Spring Creek Road to assist deputies with the Pitt County Sherriff's Office. They had a suspect flee from them after they attempted to stop him. While on the way to the area, Greenville Communications notified they needed to divert some of the officers to a stabbing call near the area of Bell's Fork. I changed direction and proceeded east on Arlington Boulevard toward the given location of the stabbing call.

While traveling to the call I was getting updates from the communications center informing me that the victim in the case was able to give his location, only that he was somewhere on Charles Boulevard. Communications described the victim as being less than cooperative. I confirmed he was in a vehicle and asked them to have him stop at a location so we as well as Greenville Fire/EMS personnel could help him. They stated he informed them he was going to drive himself to the hospital. As I approached the Bell's Fork area I was notified by communications the victim stated he was going to pull over at the McDonald's near Whitley Drive. Communications also notified me they believed the incident had actually occurred in Winterville. I asked them to notify the Winterville Police to respond to the scene and we would assist until they arrived. Officer Slaughter located the victim, later identified as Rudolph Whitehurst. I arrived a few minutes after Officer Slaughter. Winterville Police were already on the scene. Winterville EMS arrived and began to treat Mr. Whitehurst for his injuries. The victim had several lacerations that appeared to me to caused by an edged weapon along his upper torso, shoulder, back and on his foot. While on the scene I spoke to Mr. Whitehurst inquiring about the assault and events leading up to it. He stated he was going to look at some houses and the suspect cut him off on the roadway. He stated he had to turn right and make a u turn in what he thought looked like a church. He stated the suspect pulled in front of his vehicle and the 2 got out of their vehicles. He stated they began to argue and he told the suspect they were both two old men that did not need to act this way. He stated he was cut while trying to get back to his vehicle. I was trying to find out where the assault had actually taken place. He stated he was on Firetower Road traveling east and had passed the McDonalds at Bell's Fork. The victim was unsure of road names. Based on the directions the victim gave me I believed the most likely location for the actual assault was the New Destiny Church at Eleanor Drive and Firetower Road. Lt. Carson arrived at our location around 1900 hours. He stated we would take the investigation due to the confusion in the location. Prior to leaving I told Lt. Carson I would check the parking of the church to attempt to locate the crime scene.

I drove to the New Destiny Church got out of my vehicle. I searched the area on foot attempting to locate any signs of the assault to include blood stains. I checked the area to the best of my ability and was not able to locate any blood stains or other signs the assault took place at that parking lot. I also checked the parking lot of St. Timothy's Church which is adjacent to and just east of the New Destiny Church. I checked both the main parking lot and the rear overflow lot in the same fashion I searched the parking lot at New Destiny Church. I was not able to locate any signs of the assault at that location either. I made contact with Lt. Carson by telephone to advise I had not located the crime scene. I ended my tour of duty shortly thereafter between 1930 and 2000 hours.

| REPORTING OFFICER NAME AND ID# | DATE | REVIEWING SUPERVISOR | DATE |
|---|---|---|---|
| Johnson, Ronald, Scott, | 06/12/2014 | Johnson, Ronald Scott | 6/12/2014 |