exhibit 6F

# MILLER & AUDINO
### ATTORNEYS AT LAW LLP

2510 East Tenth Street
Greenville, North Carolina 27858
Tel: 252.364.8929 | Fax: 252.364.8932

**Jeffrey L. Miller**
jeff@millerandaudino.com
(Certified Family Financial Mediator)

**Jay Anthony Audino**
jay@millerandaudino.com

March 10, 2015

Rudolph Whitehurst
2320A Saddleback Drive
Winterville, NC 28590

Re: 14CVS2318; Rudolph Benjamin Whitehurst v. Harold Van Stanley

Dear Rudolph,

    I spoke with two of our ADAs today, Rebecca Brinson and Caroline Lawler, regarding your criminal case and Harold's criminal case.

    Rebecca, who is prosecuting the criminal case against you, has informed me that your criminal case will be continued this Friday due to Mark Owens being unavailable. My understanding is that Mark will be out of town that day. Given the serious criminal charges against Harold, the judge will grant that continuance to allow Harold's attorney to be present when he testifies against you. Rebecca did not give me a new date, but will after Friday. There is no need for you to be in court on Friday.

    Caroline informed me that the DA's office is prepared to extend a plea deal to Harold for one misdemeanor conviction, obviously without any jail time. Caroline and Rebecca said that their hope is that you will agree to this in exchange for them to dismiss the criminal charges against you; they fully expect Mark to accept this plea deal on Harold's behalf. Caroline did say that she would hold off on offering that plea deal to Harold until after we can work out the civil issue, her statement being, "Let's put some money in Mr. Whitehurst's pocket before this all happens," which I appreciate. Caroline stated that because Harold's criminal record is nonexistent but for these charges, even if he would be found guilty of a felony, he would not serve any jail time, and I believe her forecast is accurate.

    I also spoke with Mark today, who told me he was meeting with Harold and his family next week to extend a monetary settlement to me. Given the DA's position, I can't imagine it will be any significant amount, although my understanding is that Mark does not know about the



exhibit 6F

plea deal at this time, but, with the circumstances, it is worth it for you to accept the settlement offer, agree for Harold to accept this plea deal, and have your criminal charges dismissed.

Please contact me at your earliest convenience to discuss the content of this letter. With best regards, I am

Sincerely,

Jay A. Audino