

500 S. Greene Street
Greenville, NC 27834

**Greenville**
NORTH CAROLINA
POLICE DEPARTMENT

Ted D. Sauls, Jr.
Interim Chief of Police

August 18, 2015

Rudolph B. Whitehurst
2320 A Saddleback Drive
Winterville, N. C. 28590

RE: **Internal Affairs Complaint:** 2014-00109

Dear Mr. Whitehurst,

Thank you for expressing your concerns about your interactions with a Greenville Police Departr employee. This letter will serve as notification that the police department has completed its investig of the complaint you filed. I have made a final determination based upon the facts, evidence, supporting documents presented by you and others during the investigation.

Your confidence in the Greenville Police Department is important to us. The complaint you filed thoroughly investigated. I have carefully reviewed all of the facts and allegations in the case anc appropriate actions have been taken.

If you desire to discuss this matter further, you may contact Sergeant Tim McInerney at (252) 329-4 Because North Carolina personnel privacy laws prohibit the release of confidential information he wi be able to discuss certain aspects of your case. Thank you for your interest in the Greenville P Department.

Sincerely,

*T. D. Sauls J.*

Ted Sauls
Interim Chief of Police

cc: Bureau Commander
Internal Affairs File

| STATE OF NORTH CAROLINA | | File No. | 17CRS50414 |
|---|---|---|---|
| PITT County | | In The General Court Of Justice ☐ District ☒ Superior Court Division | |

| STATE OF NORTH CAROLINA | Additional File Numbers |
|---|---|
| VERSUS | |
| RUDOLPH WHITEHURST | **SUBPOENA**<br>G.S. 1A-1, Rule 45; G.S. 8-59 |

Party Requesting Subpoena
☒ State/Plaintiff  ☐ Defendant

**NOTE TO PARTIES NOT REPRESENTED BY COUNSEL:** Subpoenas may be produced at your request, but must be signed and issued by the office of the Clerk of Superior Court, or by a magistrate or judge.

TO Name And Address Of Person Subpoenaed
CAROL RICHARDSON
4254 WASHINGTON STREET
AYDEN    NC    28513

Alternate Address

**YOU ARE COMMANDED TO:** (check all that apply):
☒ appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
☐ appear and testify, in the above entitled action, at a deposition at the place, date and time indicated below.
☐ produce and permit inspection and copying of the following items, at the place, date and time indicated below.
  ☐ See attached list. (List here if space sufficient)

IF YOU WISH TO BE PLACED ON TELEPHONE STANDBY, PLEASE CALL JENNIFER CORBITT AT 252-695-7202.

**PLEASE NOTE: SUBPOENAS ARE VALID FOR THE ENTIRE WEEK. ONLY A REPRESENTATIVE FROM THE DISTRICT ATTORNEY'S OFFICE OR THE JUDGE MAY RELEASE YOU.**

***OFFICERS: PLEASE MAKE SURE ALL NOTES ARE TURNED IN PRIOR TO TRIAL. ANY AND ALL EVIDENCE IS TO BE BROUGHT TO COURT FOR TRIAL.***

| Name And Location Of Court/Place Of Deposition/Place To Produce | Date To Appear/Produce |
|---|---|
| PITT COUNTY SUPERIOR COURT<br>SUPERIOR COURTROOM 01<br>GREENVILLE    NC | 01/16/2018<br>Time To Appear/Produce 10:00  ☒ AM  ☐ PM |
| Name And Address Of Applicant Or Applicant's Attorney<br>KIMBERLY S. ROBB, DISTRICT ATTORNEY<br>PO BOX 8185<br>GREENVILLE    NC    27835 | Date 12/04/2017<br>Signature  *Kimberly S Robb* |
| Telephone No. Of Applicant Or Applicant's Attorney<br>252-695-7200 | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☐ Superior Court Judge<br>☐ Magistrate  ☒ Attorney/DA  ☐ District Court Judge |

**RETURN OF SERVICE**

I certify this subpoena was received and served on the person subpoenaed as follows:
By ☐ personal delivery.    ☐ registered or certified mail, receipt requested and attached.
   ☐ telephone communication by Sheriff (use only for a witness subpoenaed to appear and testify).
   ☐ telephone communication by local law enforcement agency (use only for a witness subpoenaed to appear and testify in a criminal case).
   NOTE TO COURT: If the witness was served by telephone communication from a local law enforcement agency in a criminal case, the court may **not** issue a show cause order or order for arrest against the witness until the witness has been served personally with the written subpoena.
   ☐ I was unable to serve this subpoena. Reason unable to serve: _____

| Service Fee | Date Served | Name Of Authorized Server (Type Or Print) | Signature Of Authorized Server | Title |
|---|---|---|---|---|
| $  ☐ Paid  ☐ Due | | | | |

**NOTE TO PERSON REQUESTING SUBPOENA:** A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party. This does not apply in criminal cases.

(Please See Reverse Side)

AOC-G-100, Rev. 5/13
© 2013 Administrative Office of the Courts

Exhibit 8H #1

| STATE OF NORTH CAROLINA | File No. 17 CRS 50414 |
|---|---|
| Pitt County | In The General Court Of Justice |
| NOTE: Do not use this form for cases covered by G.S. 20-138.4. Use form AOC-CR-339 instead. | ☒ District ☐ Superior Court Division |

STATE VERSUS

Defendant Name: Rudolph B. Whitehurst

2018 JUL 31 AM 10:02
PITT CNTY, C.S.C.
CW

**DISMISSAL,**
~~NOTICE OF REINSTATEMENT~~
(For Offenses Committed On Or After Dec. 1, 2013)
G.S. 15A-302(e), -931, -932

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| — | 1 | Exploit Disable/Elder Trust |

☒ **DISMISSAL**
NOTE: Recall all outstanding Orders For Arrest in a dismissed case.
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☐ 2. There is insufficient evidence to warrant prosecution for the following reasons:

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. The defendant was charged as the result of ☐ defendant's identity being used without permission. ☐ mistaken identity.
(NOTE TO PROSECUTOR: You must notify the Court of this dismissal. The Court should use AOC-CR-283, Order Of Expunction Under G.S. 15A-147(a1) (Identity Theft Or Mistaken Identification) to expunge charges.)

☒ 5. Other: (specify) ☐ See additional information on reverse.
Cannot proceed. PW witness unable to identify D.
A jury has not been impaneled nor has evidence been introduced. (If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. Other: (specify) ☐ See additional information on reverse.

NOTE: This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.

Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 7/30/18 | David A. Wyatt | [signature] |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| | | |

(Over)

AOC-CR-307B, Rev. 3/16
© 2016 Administrative Office of the Courts

Rudolph Whitehurst
- If there's a lack of evidence why do they want him to pay $?

- If there's a lack of evidence why/how did it reach SC?
  - What GS to move the case from lower court to higher ct. DC→SC
  - What is the process for cases to go to grand jury

Can I have something in writing to why they want me to pay one amount and they are charging me w/another?