exhibit 15O

Sign Up

Email or Phone  Password  Log In

Forgot account?

 **Goldsboro Police Department**
April 10, 2017 ·

Arrest of: Rudolph Benjamin Whitehurst
B-M Age: 60
Charge: Exploit Disable/Elder Trust
Warrant out of Pitt County
Bond: $ 10,000.00 Secured
Address: 2320 Saddleback Drive
Winterville, NC

**Recent Post by Page**

 **Goldsboro Police Department**
Today at 9:08 AM

We would like to send a special shout out to Brookdale Senior Living... See More

9    1 Share

Share

 **Goldsboro Police Department**
Today at 6:18 AM

3    2 Shares

Share

 **Goldsboro Police Department**
Today at 6:18 AM

2 Shares

Share



3    1 Comment 1 Share

Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2019

See more of Goldsboro Police Department on Facebook

Log In    or    Create New Account

# ARREST REPORT

exhibit 150

## Agency Info

| Agency Name | ORI | Date/Time Arrested | OCA |
|---|---|---|---|
| Goldsboro Police Department | 0960100 | 04/08/2017 17:15 | 20174002373 |

| Taken | Fingerprint Card Check Digit # (CKN) | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|---|
| ☐ Prints ☐ Photos | | | Z6 | 210372 |

## Arrestee Info

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Country of Citizenship |
|---|---|---|---|---|---|---|
| WHITEHURST, RUDOLPH BENJAMIN | 08/06/1956 | 60 | B | M | | |

| Current Address | Phone | Occupation | | |
|---|---|---|---|---|
| 2320 Saddleback Dr, A, Winterville, NC | - - | | ☐ Resident ☐ Non-Resident | ☒ Unknown |

| Employer's Name | Address | Phone |
|---|---|---|
| | | - - |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone | Consumed Drug/Alcohol |
|---|---|---|---|---|---|---|
| | | 0 | BLK | BRO | | ☐ Yes ☒ No ☐ Unk |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | | | |

| Nearest Relative Name | Address | Phone |
|---|---|---|
| PHILLIP WHITEHURST (NEPHEW) | | 252-702-0120 |

## Arrest Info

| If Armed, Type of Weapon | | Place of Arrest |
|---|---|---|
| UNARMED | ☐ On-View ☐ Criminal Summons ☐ Order for Arrest ☐ Citation ☒ Warrant | 1050 WRIGHT BROTHERS AVE, GOLDSBORO |

| Charge #1 | Fel/Misd | Counts | DCI Code | Offense Jurisdiction | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| Exploit Diable/elder Trust- Pitt Co | ☒ Fel ☐ Misd | 1 | 23H | | 14-112.2 | |
| Charge #2 | ☐ Fel ☐ Misd | | | | | |
| Charge #3 | ☐ Fel ☐ Misd | | | | | |

## Vehicle Info

| VYR | Make | Model | Style | Color | Plate #/State | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

Vehicle
1. ☐ Left at Scene  ☐ Secured  ☐ Unsecure  Date/Time ___
2. ☐ Released to other at owners request  ☐ Name of Other ___
3. ☐ Impounded  ☐ Place of storage ___  Inventory on File? ___

## Confined / Bond

| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|

| Type Bond | Bond Amount | Trial Date | Court Of | City |
|---|---|---|---|---|
| ☐ Written Promise ☐ Unsecured ☐ Secured ☐ No Bond ☐ Other | $0.00 | | | |

| Assisting Officer Name/ID # | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|
| 0 | | |

## Drugs At Arrest

Status Codes: L - Lost  S - Stolen  R - Recovered  D - Damaged  Z - Seized  B - Burned  C - Counterfeit / Forged  F - Found

| DCI | Status | Quantity | Type Measure | Suspected Type | Possess | Buy | Sale | Mfg. | Importing | Operating |
|---|---|---|---|---|---|---|---|---|---|---|

## Complainant

| Name: Complainant ☐  Victim ☐ | Address | Phone: |
|---|---|---|

## Narrative

## Status

| Arresting Officer Signature/ID # | Date/Time Submitted | Supervisor Signature |
|---|---|---|
| ELDER, B. J. (778) | 04/08/2017 18:07 | VAN LENTEN, W. M. |

| Case Status: | Case Disposition: | Arrestee Signature |
|---|---|---|
| ☐ Further Inv. ☐ Inactive ☒ Closed | ☒ Cleared By Arrest / No Supplement Needed  ☐ Arrest / No Investigation | |

DCI-608F  Rev. 3/92