



# Greenville
**NORTH CAROLINA**
POLICE DEPARTMENT

500 S. Greene Street
Greenville, NC 27824

Mark Holtzman
Chief of Police

June 23, 2016

Mr. T.V. Woolard


Dear Mr. Woolard:

This letter shall serve as official notice that as of 9:00 am Wednesday, June 23, 2016, you are immediately relieved of all duties, responsibilities, and privileges of your position as a Reserve Police Officer for the City Of Greenville, Police Department.

On June 16, 2016, you attended a pre-disciplinary conference at which time you were provided the specific reason(s) for the proposed disciplinary action. You also were given an opportunity to respond with information in support of your case. Following is a summary of the facts discussed during the pre-disciplinary conference:

- February 2, 2016: Inappropriate interaction with an employee of Pitt Community College
- February 8, 2016: Inappropriate interaction with a student at Pitt Community College

After careful consideration of all of the facts, your employment with the City of Greenville is terminated effective June 23, 2016. The basis for dismissal is for your detrimental personal conduct in conduct unbecoming an employee of the Greenville Police Department in violation of departmental policy.

In accordance with the City of Greenville's Personnel Policies, you have the right to appeal this decision by filing a written grievance with the Director of Human Resources within 15 days of receipt of this letter. A copy of the City of Greenville's Grievance Procedure is attached for your review. If you need further information regarding the grievance procedure, you should contact Mrs. Leah Futrell, Director of Human Resources, at 329-4497.

Please contact Officer Burack at 329-4102 by July 1, 2016, to return all property belonging to the City, including but not limited to uniforms, equipment, badges, keys, cell phone, credit card,



and computer equipment. You may contact Sharon Warner in Human Resources at (252) 329-4496 if you have any questions in reference to your benefits.

In closing,

Mark Holtzman
Chief of Police

ACKNOWLEDGEMENT OF RECEIPT:

_____     6/23/16
Signature                          Date

Enclosure: Grievance Procedure

cc: Personnel file