MEMO Received
Friday 2-2-2018
From—

→ Craven County Sheriff Department
1100 Clarks Rd, New Bern NC 28562

Exhibit
17Q #1

```
                              12G07L5JView
06/02/2014 20:42:40  Drake, Dana  Narrative: adv with greenville pd
06/02/2014 20:42:45  Drake, Dana  Narrative: ref to a assult
06/02/2014 20:44:10  Drake, Dana  Narrative: subject is reg. to a sue cox stanley
personalized plate of LILLY
06/02/2014 20:47:18  Drake, Dana  Narrative: adv subject is 60 w/m gray hair average
build 5'11- 6'
06/02/2014 20:47:22  Drake, Dana  Narrative: unknown name
06/02/2014 20:47:59  Drake, Dana  Narrative: adv subject was involved in a road rage
incident and has cut another male with a straight blade 4-5 time
06/02/2014 20:48:47  Drake, Dana  Narrative: adv same was in the veh same comes back
to this address and would like for same to be checked
06/02/2014 20:50:40  Drake, Dana  Narrative: PLATE NO: LILLY    YEAR:     LIENS:
PAGES: 7  ATTENTION: 124                      VEHICLE DETAIL RESPONSE  VIN:
1N4AL11D63C204698          2003  NISSAN       ALTIMA BASE/S/  4S   TITLE NO:
773832140648147               PURCHASE DT: 03052014     CUSTOMER ID:     3866773
    DOB: 08191957   HANDICAP PLACARD: 15179J  SUE COX STANLEY
       PLACARD STATUS: ACTIVE                                                HANDICAP
PLACARD: 15180J                                           PLACARD STATUS:
ACTIVE   4050 NC HIGHWAY 43                           TAX COUNTY: CRAVEN   VANCEBORO
          NC    28586-8956         PLT STATUS: ACTIVE    CURRENT PLATE NO: LILLY
WGT:           ISSUE DT: 04042014 VALID THRU: 04152015    INS CO: INTEGON NATIONAL INS
CO        POLICY: 2002438902                              PRIOR PLATE NO: CER4198
   WGT:          ISSUE DT: 03052014 VALID THRU: 04152015  ~ INS CO: INTEGON NATIONAL
INS CO        POLICY: 2002438902
06/02/2014 20:52:00  Drake, Dana  Narrative: caller is with greenville pd and would
like for same to be checked and give him a call back ref to same and let him know
what u find out
06/02/2014 21:25:10  Gaskins, Michael  Narrative: I ( Deputy S. Gaskins) made
contact with a Harold Van Stanley.  I also made contact with Officer Woolard with
Greenville P.D..  Mr. Stanley is going to Greenville P.D. to meet with Officer
Woolard.  I cleared.
```

Exhibit 17Q #8

On Friday 2-2-18 Mr. Rudolph Benjamin Whitehurst was here at Craven County Sheriff's Office inquiring about a report pertaining to incident that occurred in Pitt Co. that one of our Officers in Craven Co. vocated individual on a traffic stop by the name of Mr. Harold Van Stanley!

*[signature]*