Exhibit 195

Mail: Rudolph Whitehurst
2320 A Saddleback Dr.
Winterville, NC 28590

```
Doc ID: 013568850005 Type: CRP
Recorded: 06/22/2016 at 04:52:13 PM
Fee Amt: $26.00 Page 1 of 5
Pitt County, NC
Lisa P. Nichols REG OF DEEDS
BK 3448 PG 3-7
```

# DURABLE POWER OF ATTORNEY

NORTH CAROLINA
PITT COUNTY

Prepared by: Robert L. White, Atty.
P.O. Box 6044
Greenville, NC 27835

## ARTICLE I
### Designation of Agent

**A. Designation of Agent:** KNOW ALL MEN BY THESE PRESENT, THAT I, CARROL RICHARDSON, of Pitt County, North Carolina, being of sound mind, do hereby make, constitute and appoint RUDOLPH B. WHITEHURST, my nephew, of Pitt County, North Carolina, as my Attorney-in-Fact (herein referred to as my "Agent") to act for me in my name, place and stead, and on my behalf, for the purposes set out below.

## ARTICLE II
### General Statement of Authority Granted

I grant to said Agent full power and authority to do, take, and perform all and every act and thing whatsoever requisite, proper, or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully to all intended purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that said Agent or his substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted.