| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

**DD FORM 214** (1 JUL 79) — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

Exhibit 20T

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| WHITEHURST, RUDOLPH BENJAMIN | ARMY/RA | 146 56 0748 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SP4 | E-4 | 560806 | Raleigh, NC |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| USA FIELD ARTILLERY CENTER MP CO. FORSCOM FC | FT. SILL, OK |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CONTROL GROUP (REINFORCEMENT) RCPAC ST LOUIS MO 63132 | AMOUNT $ 35,000  ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| 15D10, LANCE CREWMEMBER/MLRS SERGEANT, 5 years 6 months//NOTHING FOLLOWS | a. Date Entered AD This Period | 78 | 05 | 30 |
| | b. Separation Date This Period | 84 | 02 | 12 |
| | c. Net Active Service This Period | 05 | 08 | 13 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 01 | 23 |
| | f. Foreign Service | 03 | 11 | 15 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 83 | 05 | 01 |
| | i. Reserve Oblig. Term. Date | 84 | 04 | 06 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
OVERSEAS SERVICE RIBBON-2//ARMY SERVICE RIBBON//GOOD CONDUCT MEDAL-1//EXPERT (RIFLE M16) SHARPSHOOTER (HAND GRENADE)//NOTHING FOLLOWS

**14. MILITARY EDUCATION** (Course Title, number weeks, and month and year completed)
NOTHING FOLLOWS

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 12 |
|---|---|---|

**18. REMARKS**
Dental care was not provided within 90 days prior to separation.//Immediate Reenlistment this period: 810213-840212.NOTHING FOLLOWS

Received and recorded 7-15- 1996
at 10:52 (A.M.) ~~(P.M.)~~
ANNIE C. HOLDER, PITT COUNTY REGISTER OF DEEDS
BY: Deborah T. Barrington, Deputy

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO NC DIR. OF VET AFFAIRS ☒ YES ☐ NO |
|---|---|
| Rt. 2 Box 534 Ayden, NC 28513 | |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| [signature] | RUDOLPH F. MILLER, SFC, USA, ACTING ASST AG |

MEMBER - 1

**NORTH CAROLINA: PITT COUNTY**
I, Lisa P. Nichols, Register of Deeds for Pitt County, N.C. do hereby certify that the foregoing is a true and correct copy of the DD 214 on file in this office as recorded in Book 30 Page 791. [witness my hand and official seal this the] 16th day of December, 2014.