UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RUDOLPH BENJAMIN LAVARN WHITEHURST )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KIMBERLY SMITH ROBB and )<br>THOMAS V. WOOLARD, JR. )<br>Defendants ) | **JUDGMENT**<br><br>No. 4:21-CV-76-M |

**Decision by Court.**

This action came before the Honorable Richard E. Meyers, Chief United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 15, 2022, and for the reasons set forth more specifically therein, defendant Thomas V. Woolard, Jr.'s motion to dismiss is GRANTED and defendant Thomas V. Woolard, Jr. is DISMISSED from this action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, in accordance with the court's order entered July 14, 2022 that defendant Kimberly Smith Robb's motion to dismiss is GRANTED and plaintiff's claims are DISMISSED for failure to state a claim under Rule 12(b)(6).

**This Judgment Filed and Entered on July 14, 2022, and Copies To:**
Rudolph Benjamin Lavarn Whitehurst (via US mail) 2320 A. Saddleback Dr, Winterville, NC 28590
Kathryn H. Shields (via CM/ECF Notice of Electronic Filing)

July 14, 2022                    PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                                  (By) Sandra K. Collins, Deputy Clerk